IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JACINTO MARTINEZ**     **PLAINTIFF**
*ADC #181547*

v.     CASE NO. 4:23-CV-00326-BSM

**CLINT MCGUE, Judge,**
**Cabot District Court,** *et al.*     **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 1st day of June, 2023.

_____
UNITED STATES DISTRICT JUDGE